Richard G. Foster
Raj S. Aujla
Porter, Rogers, Dahlman & Gordon, P.C.
745 E. Mulberry, Suite 450
San Antonio, Texas 78212
Telephone: (210) 736-3900
Direct: (210) 547-9329
Fax: (210) 736-1992

Ammar Dadabhoy
Wong Fleming
State Bar No: 24088812
325 North St. Paul Street, Suite 3100
Dallas, TX 75201
Phone: (281) 340-20704
Fax: (866) 240-0629
Email: adadabhoy@wongfleming.com

ATTORNEYS FOR HUMANA INSURANCE COMPANY and
HUMANA INSURANCE COMPANY OF KENTUCKY D/B/A HUMANA

**In the United States Bankruptcy Court**
**For the Northern District of Texas**
**Dallas Division**

| | | |
|---|---|---|
| In Re:<br><br>Global Molecular Labs, LLC<br><br>*Debtor* | § | Chapter 7<br><br>Case No. 17-34618-hdh-7 |
| James W. Cunningham, Chapter 7 Trustee For Global Molecular Labs, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>Humana Insurance Company and Humana Insurance Company of Kentucky d/b/a Humana,<br><br>*Defendants* | § | Adversary No. 19-03188-hdh |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard G. Foster and Raj S. Aujla, attorneys of the firm Porter, Rogers, Dahlman & Gordon, P.C. and Ammar Dadabhoy, an attorney of the firm Wong Fleming hereby enter appearances on behalf of Defendants Humana Insurance Company and Humana Insurance Company of Kentucky d/b/a Humana.

PLEASE TAKE FURTHER NOTICE that all notices sent by the Clerk, and all other notices and papers served or required to be served in this case and any cases consolidated herewith, whether written or oral, by the Court, and any other party in interest should be served as follows:

Richard G. Foster
Email: rfoster@pdrg.com
Raj S. Aujla
Email: raujla@pdrg.com
Porter, Rogers, Dahlman & Gordon, P.C.
745 E. Mulberry, Suite 450
San Antonio, Texas 78212
Telephone: (210) 736-3900
Direct: (210) 547-9329
Fax: (210) 736-1992

Ammar Dadabhoy, Esq.
WONG FLEMING
325 North St. Paul Street, Suite 3100
Dallas, TX 75201
Tel: (281) 340-2074
Fax: (866) 240-0629
adadabhoy@wongfleming.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all papers, including without limitation, orders and notices of any applications, motions, petitions, pleadings, request, complaints, or demands, replies, and any of the documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, facsimile, telex, or otherwise.

Date: December 13, 2019

*/s/ Ammar Dadabhoy*___

Ammar Dadabhoy
Tx. State Bar No. 24088812
WONG FLEMING PC
77 Sugar Creek Center Blvd.
Suite 401
Sugar Land, TX 77478
Tel: (281) 340-2074
Fax: (866) 240-0629
adadabhoy@wongfleming.com

ATTORNEYS *FOR*HUMANA INSURANCE COMPANY and HUMANA INSURANCE COMPANY OF KENTUCKY D/B/A HUMANA